**FILED**

June 24, 2024

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

DULCE MEDINA,

        Defendant.

Case No.  2:24-mj-00079-CKD

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  DULCE MEDINA ,

Case No.  2:24-mj-00079-CKD , Charge 21 USC § 846, from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

   X   Unsecured Appearance Bond $  30,000.00 _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other):

_____ Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on June 24, 2024 at 2:30 PM.

By: _____