DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693

Attorney for Dulce Medina

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DULCE MEDINA,<br>Defendant. | CASE NO. 2:24-CR-00065-DAD-9<br>STIPULATION TO CONTINUE SENTENCING; ORDER<br>DATE: August 10, 2026,<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, Dulce Medina, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on August 10, 2026, .

2. By this stipulation, Defendant moves to continue the sentencing until December 7, 2026.

3. The parties agree and stipulate, and request that the Court find the following:

a) Counsel for Defendant desires additional time to conduct investigation and research related to mitigation, to consult with her client, and draft mitigation and sentencing documents.

b) Counsel for Defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The Probation Office disclosed the final Presentence Investigation Report on July 20, 2026. ECF 182. Accordingly, no disclosure deadlines remain to be revised.

d) The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: August 6, 2026

ERIC GRANT
United States Attorney

/s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

Dated: August 6, 2026

/s/ DANICA MAZENKO
DANICA MAZENKO
Counsel for Defendant
Dulce Medina

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously scheduled for August 10, 2026 is continued to December 7, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **August 7, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE